**Johnnie PARKER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28713.

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted under an information in three counts, the first two counts charging the unlawful sale of whiskey in a dry area, and the third count charging the unlawful possession of whiskey for the purpose of sale in a dry area; the punishment under each of the first two counts, a fine of $150 and, under the third count, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.